# SCHEDULE A

## **SCHEDULE A**

### AUTHORITY FOR THE TAKING

The property is taken under and in accordance with 40 U.S.C. §§ 3113 and 3114, which authorize the condemnation of land and the filing of a Declaration of Taking; the Act of Congress approved September 30, 1996, as Public Law 104-208, Division C, Section 102, 110 Stat. 3009-546, 3009-554-55, as amended and codified at 8 U.S.C. § 1103(b) & note; and the Act of Congress approved February 15, 2019, as Public Law 116-6, div. A, tit. II, Section 230, 133 Stat. 13, which appropriated the funds that shall be used for the taking.

# SCHEDULE B

## **SCHEDULE B**

## PUBLIC PURPOSE

The public purpose for which said property is taken is to construct, install, operate, and maintain roads, fencing, vehicle barriers, security lighting, cameras, sensors, and related structures designed to help secure the United States/Mexico border within the State of Texas.

# SCHEDULE C

## SCHEDULE C

LEGAL DESCRIPTION

Starr County, Texas

Tract: RGV-RGC-5044
Owner: Evangelina Garza Chavez, *et al*.
Acres: 0.969

**BEING** a 0.969 acre tract (42,195 square feet) parcel of land, more or less, being out of a called 4.657 acre tract, recorded in Document No's. 1972-81740 and 1996-187802, Official Records of Starr County (O.R.S.C.), Texas, conveyed to the unknown heirs of Juan Antonio Muniz, Evangelina Garza Chavez, Dora Garza Hinojosa, Hector Garza, Minerva Garza Salinas, Benita Garza Cepeda, Celia Garza Garza, Alicia Garza Vasquez and Pedro Garza, said tract being a part of Share 10-B, Porcion 71, Ancient Jurisdiction of Camargo, Mexico, now Starr County, Texas, said 0.969 acre tract (42,195 square feet) parcel of land being more particularly described as follows;

**COMMENCING:** at a point having a coordinate value of N=16665544.651, E=846742.022, said point being the northeast corner of said unknown heirs of Juan Antonio Muniz, et al tract, the northeast corner of said Share 10-B, the northwest corner of a called 1.354 acre tract, recorded in Document No's. 1969-74119 and 1936-4878, Official Records of Starr County (O.R.S.C.), Texas, conveyed to the unknown heirs of Sabino Alvarez and the known and unknown heirs of Guadalupe Gonzalez and the northwest corner of Share 19-A, Porcion 71;

**THENCE:** S 17°55'47" W, along the east line of said unknown heirs of Juan Antonio Muniz, et al tract, the east line of said Share 10-B, the west line of said unknown heirs of Sabino Alvarez and known and unknown heirs of Guadalupe Gonzalez tract and the west line of said Share 19-A, a distance of 63.21 feet to a set 5/8" rebar with a "B&F Engineering, Inc." aluminum cap stamped "RGVRGC-5044-1=RGV-RGC-5045-1" for the **POINT OF BEGINNING**, said point having a coordinate value of N=16665484.511, E=846722.563, said point being the northeast corner of the herein described proposed acquisition tract, said point also being S 60°25'11" E, a distance of 353.87 feet from United States Corps of Engineers Control Point No. SS10-2019 ("B&F Engineering, Inc." aluminum cap in concrete);

**SCHEDULE C (cont.)**

**THENCE:** S 17°55'47" W, along the east line of said unknown heirs of Juan Antonio Muniz, et al tract, the east line of said Share 10-B, the west line of said unknown heirs of Sabino Alvarez and known and unknown heirs of Guadalupe Gonzalez tract and the west line of said Share 19-A, a distance of 200.92 feet to a set 5/8" rebar with a "B&F Engineering, Inc." aluminum cap stamped "RGVRGC-5044-2=RGV-RGC-5045-4" for the southeast corner of the herein described proposed acquisition tract;

**THENCE:** N 66°34'32" W, departing the east line of said unknown heirs of Juan Antonio Muniz, et al tract, the east line of said Share 10-B, the west line of said unknown heirs of Sabino Alvarez and known and unknown heirs of Guadalupe Gonzalez tract and the west line of said Share 19-A, over and across said unknown heirs of Juan Antonio Muniz, et al tract and said Share 10-B, a distance of 210.98 feet to a set 5/8" rebar with a "B&F Engineering, Inc." aluminum cap stamped "RGV-RGC-5043-5=RGV-RGC-5044-3" for the southwest corner of the herein described proposed acquisition tract, said point being on the west line of said unknown heirs of Juan Antonio Muniz, et al tract, the west line of said Share 10-B, the east line of a called 7.707 acre tract, recorded in Document No's. 2003-232405 and 1936-4878, Official Records of Starr County (O.R.S.C.), Texas, conveyed to the unknown heirs of Patricia Barrera De Fierros and Adan Muniz and the east line of Share 20, Porcion 71;

**THENCE:** N 17°55'57" E, along the west line of said unknown heirs of Juan Antonio Muniz, et al tract, the west line of said Share 10-B, the east line of said unknown heirs of Patricia Barrera De Fierros and Adan Muniz tract and the east line of said Share 20, a distance of 200.92 feet to a set 5/8" rebar with a "B&F Engineering, Inc." aluminum cap stamped "RGV-RGC-5043-4=RGV-RGC-5044-4"for the northwest corner of the herein described proposed acquisition tract;

**THENCE:** S 66°34'32" E, departing the west line of said unknown heirs of Juan Antonio Muniz, et al tract, the west line of said Share 10-B, the east line of said unknown heirs of Patricia Barrera De Fierros and Adan Muniz tract and the east line of said Share 20, over and across said unknown heirs of Juan Antonio Muniz, et al tract and said Share 10-B, a distance of 210.97 feet to

**SCHEDULE C (cont.)**

the **POINT OF BEGINNING** and containing 0.969 acres (42,195 square feet) parcel of land, more or less.

# SCHEDULE D

## SCHEDULE D

## MAP or PLAT

## LAND TO BE CONDEMNED



## SCHEDULE D (cont.)

| DESCRIPTION | NORTHING | EASTING |
|---|---|---|
| RGV-RGC-5044-1=RGV-RGC-5045-1 | 16665484.511 | 846722.563 |
| RGV-RGC-5044-2=RGV-RGC-5045-4 | 16665293.345 | 846660.709 |
| RGV-RGC-5043-5=RGV-RGC-5044-3 | 16665377.218 | 846467.115 |
| RGV-RGC-5043-4=RGV-RGC-5044-4 | 16665568.380 | 846528.978 |

**LEGEND**

- ORSC OFFICIAL RECORDS OF STARR COUNTY
- DRSC DEED RECORDS OF STARR COUNTY
- DOC. DOCUMENT
- NO. NUMBER
- VOL. VOLUME
- PG. PAGE
- POB POINT OF BEGINNING
- POC POINT OF COMMENCING
- ● SET 5/8" REBAR W/ "B&F" CAP AS NOTED
- ⊙ FOUND MONUMENT AS NOTED
- ⊙CP COMPUTED POINT
- ▬▬ ACQUISITION AREA BOUNDARY
- —x—x— FENCE LINE
- —PL— PROPERTY LINE

**GENERAL SURVEYOR'S NOTES:**
1. THE BEARINGS, DISTANCES AND COORDINATE VALUES SHOWN HEREON ARE BASED ON THE TEXAS STATE PLANE COORDINATE SYSTEM, REFERENCED TO NAD 83(2011), TX SOUTH ZONE(4205), US SURVEY FEET, USING THE CORS(2011) ADJUSTMENT. THE DISTANCES AND COORDINATES SHOWN HEREON ARE GRID VALUES AND MAY BE CONVERTED TO GROUND (SURFACE) USING THE TXDOT COUNTY PUBLISHED COMBINED SCALE FACTOR OF 1.000040000 (E.G. GRID X 1.000040000 = SURFACE).
2. A SEPARATE METES AND BOUNDS DESCRIPTION OF EQUAL DATE WAS WRITTEN IN CONJUNCTION WITH THIS SURVEY PLAT.
3. THE SQUARE FOOTAGE TOTAL RECITED HEREIN IS BASED ON MATHEMATICAL CALCULATIONS AND SUBJECT TO THE RULES OF ROUNDING AND SIGNIFICANT NUMBERS.
4. THE REMAINING ACREAGE OF THE PARENT TRACT WAS CALCULATED FROM THE RECORDED INSTRUMENTS AND IS NOT BASED ON FIELD DIMENSIONS. SEE SURVEYORS REPORT FOR BOUNDARY AND REMAINING ACREAGE NOTES.
5. FIELD SURVEY WAS COMPLETED IN APRIL 2020.
6. THIS SURVEY WAS PREPARED WITHOUT THE BENEFIT OF A TITLE COMMITMENT.
7. B&F ENGINEERING, INC. HAS PROVIDED THESE SURVEY SERVICES TO THE CORPS OF ENGINEERS AS THE PRIME CONSULTANT. THE CORP'S CONTRACTING OFFICER'S REPRESENTATIVE IS STEPHEN CORLEY, RPLS (817) 686-1143.
8. LONESTAR 811 UTILITY LOCATE REQUEST WAS SUBMITTED FOR THIS SURVEY ON APRIL 2, 2020 (TICKET NO. 2059362327).

METES & BOUNDS SURVEY
UNKNOWN HEIRS OF JUAN ANTONIO MUNIZ, ET AL
TRACT No. RGV-RGC-5044
STARR COUNTY TEXAS

Drawing Ref. No. SHEET 5 OF 6
CONTRACT NO.: W91275-14-D-0013
T.O.: W912TS19F0075

| | BY | DATE |
|---|---|---|
| Drawn | RLS | 05/20 |
| Checked | DWB | 05/20 |
| Surveyor | JJB | 03/20 |
| Fld.Bk. # | 1965B-78-85 | |





B&F ENGINEERING, INC.
926 AIRPORT ROAD
HOT SPRINGS, AR 71913
(PH) 501-767-2366
(FAX) 501-767-6659
(EMAIL) info@bnfeng.com

US Army Corps of Engineers

## SCHEDULE D (cont.)



Tract: RGV-RGV-5044
Owner: Evangelina Garza Chavez, *et al*.
Acreage: 0.969

# SCHEDULE E

## **SCHEDULE E**

### ESTATE TAKEN

Starr County, Texas

Tract:  RGV-RGC-5044
Owner:  Evangelina Garza Chavez, *et al*.
Acres:  0.969

      The estate taken is fee simple, subject to existing easements for public roads and highways, public utilities, railroads, and pipelines; and subject to all interests in minerals and appurtenant rights for exploration, development, production and removal of said minerals;

      Reserving to the owners of land described in conveyances recorded with Official Records of Starr County, Texas, document numbers 1972-81740, and 1996-187802, reasonable access to and from the owners' lands lying between the Rio Grande River and the border barrier through opening(s) or gate(s) in the border barrier between the westernmost mark labeled "Beginning" and easternmost mark labeled "Ending" depicted on the map below;

      Excepting and excluding all interests in water rights and water distribution and drainage systems, if any, provided that any surface rights arising from such water rights or systems are subordinated to the United States' construction, operation and maintenance of the border barrier.

## SCHEDULE E (cont.)



# SCHEDULE F

## **SCHEDULE F**

ESTIMATE OF JUST COMPENSATION

The sum estimated as just compensation for the land being taken is TWO THOUSAND SEVEN HUNDRED DOLLARS AND NO/100 ($2,700.00), to be deposited herewith in the Registry of the Court for the use and benefit of the persons entitled thereto.

# SCHEDULE G

## SCHEDULE G

## INTERESTED PARTIES

The following table identifies all persons who have or claim an interest in the property condemned and whose names are now known, indicating the nature of each person's property interest(s) as indicated by references in the public records and any other information available to the United States. See Fed. R. Civ. P. 71.1(c).

| Interested Party | Reference |
|---|---|
| **Evangelina Garza Chavez** <br> Rio Grande City, Texas | **RGV-RGC-5044** <br> Deed of Gift filed 2 October 1996, as Instrument No. 1996-187802, Volume 0765, Page 255, Official Records, Starr County, Texas |
| **Dora Garza Hinojosa** <br> Hebbronville, Texas | Deed of Gift filed 2 October 1996, as Instrument No. 1996-187802, Volume 0765, Page 255, Official Records, Starr County, Texas |
| **Minerva Garza Salinas** <br> Rio Grande City, Texas | Deed of Gift filed 2 October 1996, as Instrument No. 1996-187802, Volume 0765, Page 255, Official Records, Starr County, Texas |
| **Benita Garza Zepeda** <br> **AKA Benita Garza Cepeda** <br> Lyford, Texas | Deed of Gift filed 2 October 1996, as Instrument No. 1996-187802, Volume 0765, Page 255, Official Records, Starr County, Texas |
| **Celia Garza** <br> Brazoria, Texas | Deed of Gift filed 2 October 1996, as Instrument No. 1996-187802, Volume 0765, Page 255, Official Records, Starr County, Texas |
| **Alicia Garza Vasquez** <br> Alamo, Texas | Deed of Gift filed 2 October 1996, as Instrument No. 1996-187802, Volume 0765, Page 255, Official Records, Starr County, Texas |

| **Unknown Heirs and/or Devisees of Juan Antonio Muniz, deceased** | Final Decree of Partition Cause No. 1780, filed 4 March 1936, recorded in Volume 88, Page 361, Deed Records, Starr County, Texas |
|---|---|
| **Unknown Heirs of Pedro Garza, deceased** | Deed of Gift filed 2 October 1996, as Instrument No. and 1996-187802, Official Records, Starr County, Texas. |
| **Unknown Heirs of Hector Garza, deceased** | Deed of Gift filed 2 October 1996, as Instrument No. and 1996-187802, Official Records, Starr County, Texas. |
| **Hector Antonio Garza** Address Unknown | Deed of Gift filed 2 October 1996, as Instrument No. and 1996-187802, Official Records, Starr County, Texas. |
| **Samuel Alejandro Garza** Address Unknown | Deed of Gift filed 2 October 1996, as Instrument No. and 1996-187802, Official Records, Starr County, Texas. |
| **Mauro Andres Garza** Address Unknown | Deed of Gift filed 2 October 1996, as Instrument No. and 1996-187802, Official Records, Starr County, Texas. |
| **Ameida Salinas** 100 N. FM 3167, Suite 201 Rio Grande City, TX 78582 | **Starr County Tax Assessor/Collector** |